IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.: 21-cv-05217 ) |
| HINSDALE ORTHOPAEDIC ASSOCIATES, S.C. d/b/a HINSDALE ORTHOPAEDICS; SHARON GUAJARDO; and KRISTINA PADOVANO, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ROBERT SWEENEY. | ) ) ) ) ) ) ) |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, HARTFORD UNDERWRITERS INSURANCE COMPANY ("Hartford") by its attorneys, Michael J. Duffy and Alexandrea Y. Diaz of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as the Defendants have not served an answer or a motion for summary judgment, dismisses this action in its entirety without prejudice with each party to bear its own costs and respective attorney's fees.

Respectfully submitted,

HARTFORD UNDERWRITERS INSURANCE COMPANY

By:     /s/ Alexandrea Y. Diaz
           One of Its Attorneys

Michael J. Duffy (michael.duffy@wilsonelser.com)
Alexandrea Y. Diaz (alexandrea.diaz@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550; (312) 704-1522 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2021, I electronically filed Hartford's Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system.

    I hereby certify that on October 18, 2021, a copy of the foregoing notification of such filing to all parties of record in this case will be sent by depositing a true and correct of same via U.S. Mail, postage prepaid, as follows:

Hinsdale Orthopaedic Associates, S.C. d/b/a
Hinsdale Orthopaedics
c/o CT Corporation, Reg. Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Kristina Padovana
726 Briar Lane
Morris, IL 60450-1622

Sharon Guajardo
c/o Hinsdale Orthopaedic Associates, S.C.
d/b/a Hinsdale Orthopaedics
550 West Ogden Avenue
Hinsdale, IL 60521

                                                By:     /s/ Alexandrea Y. Diaz
                                                            One of the Attorneys for Hartford
                                                            Underwriters Insurance Company

Michael J. Duffy (michael.duffy@wilsonelser.com)
Alexandrea Y. Diaz (alexandrea.diaz@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550; (312) 704-1522 (fax)